GOODRUM TOBACCO CO. *et al. v.* POTTS-THOMPSON LIQUOR CO. *et al.*

LUMPKIN, J. Under the evidence in this case, there was no abuse of discretion in refusing to grant an injunction or appoint a receiver. This result would follow irrespective of certain questions made on objections. to the admission of evidence.

*Judgment affirmed. All the Justices concur.*

Argued April 6,—Decided April 15, 1908.

Petition for injunction. Before Judge Ellis. Fulton superior court. January 23, 1908.

*Moore & Pomeroy,* for plaintiff. *Tye, Peeples, Bryan & Jordan* and *Wimbish, Watkins & Ellis,* for defendant.